# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:15–cv–04937–VSB

Greenfield v. Criterion Capital Management, LLC et al
Assigned to: Judge Vernon S. Broderick
Demand: $500,000
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 06/24/2015
Date Terminated: 08/03/2015
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Stacey Greenfield**     represented by    **Paul D. Wexler**
Kornstein Veisz Wexler &Pollard, LLP
757 Third Avenue
NY, NY 10017
212–418–8600
Fax: 212–826–3640
Email: PaulWexler@kvwmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Criterion Capital Management, LLC**     represented by    **Michael Everett Swartz**
Schulte Roth &Zabel LLP (NY)
919 Third Avenue
New York, NY 10022
(212) 756–2000
Fax: (212) 593–5955
Email: michael.swartz@srz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Criterion Capital Partners Master Fund, L.P.**     represented by    **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Criterion Capital Partners Master Fund GP, Ltd.**     represented by    **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Criterion Horizons Master Fund, L.P.**     represented by    **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Criterion Horizons Master Fund GP, Ltd.**   represented by   **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Criterion Vista Master Fund, L.P.**   represented by   **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Criterion Vista Master Fund GP, L.P.**   represented by   **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher H. Lord**   represented by   **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Riley**   represented by   **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tomoko Fortune**   represented by   **Michael Everett Swartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Veeva Systems Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2015 | 1 | COMPLAINT against Criterion Capital Management, LLC, Criterion Capital Partners Master Fund GP, Ltd., Criterion Capital Partners Master Fund, L.P., Criterion Horizons Master Fund GP, Ltd., Criterion Horizons Master Fund, L.P., Criterion Vista Master Fund GP, L.P., Criterion Vista Master Fund, L.P., Tomoko Fortune, Christopher H. Lord, David Riley, Veeva Systems Inc.. (Filing Fee $ 400.00, Receipt Number 0208−11075683)Document filed by STACEY GREENFIELD.(Wexler, Paul) (Entered: 06/24/2015) |

| 06/24/2015 | ï 2 | CIVIL COVER SHEET filed. (Wexler, Paul) (Entered: 06/24/2015) |
|---|---|---|
| 06/24/2015 | ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Criterion Capital Management, LLC, Criterion Capital Partners Master Fund, L.P., Criterion Capital Partners Master Fund GP, Ltd., Criterion Horizons Master Fund, L.P., Criterion Horizons Master Fund GP, Ltd., Criterion Vista Master Fund, L.P., Criterion Vista Master Fund GP, L.P., Christopher H. Lord, David Riley, Tomoko Fortune, and Veeva Systems Inc., re: 1 Complaint,. Document filed by STACEY GREENFIELD. (Wexler, Paul) (Entered: 06/24/2015) |
| 06/25/2015 | Ï | ***NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Paul D. Wexler. The following case opening statistical information was erroneously selected/entered: Dollar Demand 500000000;. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to 500000;. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Paul D. Wexler. The party information for the following party/parties has been modified: Stacey Greenfield. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï | Magistrate Judge Henry B. Pitman is so designated. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | Ï | Case Designated ECF. (dgo) (Entered: 06/25/2015) |
| 06/25/2015 | ï 4 | ELECTRONIC SUMMONS ISSUED as to Criterion Capital Management, LLC, Criterion Capital Partners Master Fund GP, Ltd., Criterion Capital Partners Master Fund, L.P., Criterion Horizons Master Fund GP, Ltd., Criterion Horizons Master Fund, L.P., Criterion Vista Master Fund GP, L.P., Criterion Vista Master Fund, L.P., Tomoko Fortune, Christopher H. Lord, David Riley, Veeva Systems Inc.. (dgo) (Entered: 06/25/2015) |
| 07/31/2015 | ï 5 | NOTICE OF APPEARANCE by Michael Everett Swartz on behalf of Criterion Capital Management, LLC, Criterion Capital Partners Master Fund GP, Ltd., Criterion Capital Partners Master Fund, L.P., Criterion Horizons Master Fund GP, Ltd., Criterion Horizons Master Fund, L.P., Criterion Vista Master Fund GP, L.P., Criterion Vista Master Fund, L.P., Tomoko Fortune, Christopher H. Lord, David Riley. (Swartz, Michael) (Entered: 07/31/2015) |
| 07/31/2015 | ï 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Criterion Capital Management, LLC, Criterion Capital Partners Master Fund GP, Ltd., Criterion Capital Partners Master Fund, L.P., Criterion Horizons Master Fund GP, Ltd., Criterion Horizons Master Fund, L.P., Criterion Vista Master Fund GP, L.P., Criterion Vista Master Fund, L.P..(Swartz, Michael) (Entered: 07/31/2015) |
| 07/31/2015 | ï 7 | LETTER addressed to Judge Vernon S. Broderick from Michael E. Swartz dated 7/31/2015 re: Transfer of Venue. Document filed by Criterion Capital Management, LLC, Criterion Capital Partners Master Fund GP, Ltd., Criterion Capital Partners Master Fund, L.P., Criterion Horizons Master Fund GP, Ltd., Criterion Horizons Master Fund, L.P., Criterion Vista Master Fund GP, L.P., Criterion Vista Master Fund, L.P., Tomoko Fortune, Christopher H. Lord, David Riley. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Swartz, Michael) (Entered: 07/31/2015) |
| 08/03/2015 | ï 8 | |

| | | |
|---|---|---|
| | Case 4:15-cv-03583-PJH   Document 9   Filed 08/05/15   Page 4 of 4 ORDER: For the reasons set forth in the July 31, 2015 letter submitted by defendant Criterion Capital Management, LLC, and with the consent of all parties in this action, it is hereby ORDERED that the Clerk of Court is directed to transfer this case to the United States District Court for the Northern District of California, San Francisco Division, pursuant to 28 U.S.C. § 1406(a). (Signed by Judge Vernon S. Broderick on 8/3/2015) (lmb) (Entered: 08/03/2015) | |
| 08/03/2015 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Northern District of California, San Francisco Division. (lmb) (Entered: 08/03/2015) |