UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY GREENFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRITERION CAPITAL MANAGEMENT, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-3583-PJH<br><br>**ORDER** |

On November 19, 2015, defendants filed a motion to dismiss the complaint, noticed for hearing on January 20, 2016. The court previously approved a stipulated briefing schedule that set the date for the filing of the opposition and reply on December 23, 2015, and January 14, 2015, respectively. While the approved stipulation also provided for a hearing date "no earlier than January 20, 2016," six days is an insufficient amount of time for the court to review the parties' papers and prepare for the hearing. The Civil Local Rules of this court provide for a minimum of 14 days between the filing of the reply brief and the hearing. See Civ. L.R. 7-2. Accordingly, defendants shall renotice the hearing for a date no earlier than February 3, 2016.

**IT IS SO ORDERED.**

Dated: November 20, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge