United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACEY GREENFIELD,

        Plaintiff,

        v.

CRITERION CAPITAL MANAGEMENT, LLC, et al.,

        Defendants.

Case No.  15-cv-3583-PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copy of the Declaration of Glenn F. Ostrager in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal;
- ☐ includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified; or

1 ☐ is not usable for another reason –

2 The paper used for the above-described chambers copy has been recycled by the
3 court.  No later than April 28, 2016, plaintiff shall submit a chambers copy in a format that
4 is usable by the court.

5

6 **IT IS SO ORDERED.**

7 Dated:  April 25, 2016

8 _____
9 PHYLLIS J. HAMILTON
United States District Judge

2